IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03193-WYD-MJW

MARK KILCREASE,

Plaintiff,

v.

DOMENICO TRANSPORTATION CO.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order Concerning Confidential Information (Docket No. 12) is GRANTED finding good cause shown. The written Protective Order Concerning Confidential Information (Docket No. 12-1) is APPROVED and made an Order of the Court.

Date: February 3, 2014