IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03193-WYD-MJW

MARK KILCREASE,

Plaintiff,

v.

DOMENICO TRANSPORTATION CO.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Unopposed Motion to Modify the Scheduling Order (Docket No. 21) is GRANTED.  The Scheduling Order (Docket No. 11) is amended to extend the deadline to rebuttal expert designations and report up to and including July 23, 2014.

Date: June 9, 2014