IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03193-WYD-MJW

MARK KILCREASE,

Plaintiff,

v.

DOMENICO TRANSPORTATION CO.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's Unopposed Motion to Modify the Scheduling Order with Respect to Discovery Cutoff and Dispositive Motions Deadline (Docket No. 24) is GRANTED.  The Scheduling Order (Docket No. 11) is amended to extend the discovery cutoff date up to and including December 2, 2014, and to extend the dispositive motions deadline up to and including January 2, 2015.

      It is further ORDERED that the Final Pretrial Conference set for November 25, 2014, at 9:00 a.m. is VACATED.  The Final Pretrial Conference is RE-SET for March 9, 2015, at 10:30 a.m.  The parties shall submit a proposed pretrial order no later than March 2, 2015.

Date: September 2, 2014